# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>An oral swab of DNA from Deautris Mattison<br>(dob: xx/xx/1996) | Case No. 24-932M(NJ) |

**WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Eastern    District of    Wisconsin
*(identify the person or describe the property to be searched and give its location)*:

The person of Deautris Mattison (dob: xx/xx/1996).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Saliva and epithelial cells to be taken via a buccal swab.

**YOU ARE COMMANDED** to execute this warrant on or before    12/17/2024    *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Hon. Nancy Joseph   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 12/3/2024 @ 10:22 a.m.

*Judge's signature*

City and state:    Milwaukee, WI              Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                                                                                          *Executing officer's signature*

                                                                                              *Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>An oral swab of DNA from Deautris Mattison<br>(dob: xx/xx/1996) | )<br>)<br>)  Case No.<br>)  24-932M(NJ)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The person of Deautris Mattison (dob: xx/xx/1996).

located in the **Eastern** District of **Wisconsin**, there is now concealed *(identify the person or describe the property to be seized)*:

Saliva and epithelial cells to be taken via a buccal swab.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm. |

The application is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jacob A. Dettmering, FBI SA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **telephone** *(specify reliable electronic means)*.

Date: 12/3/2024

*Judge's signature*

City and state: Milwaukee, WI

Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Jacob A. Dettmering, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since January 7, 2018. I was assigned to the FBI Capital Area Gang Task Force (CAGTF) in Baton Rouge, Louisiana from June 15, 2018, to April 1, 2020. Since April 1, 2020, I have been assigned as the Task Force Coordinator for the Milwaukee Area Safe Streets Task Force (MASSTF). Since 2018, I have investigated violations of federal law, directed drug and street gang investigations, obtained, and executed search and arrest warrants related to the distribution of illegal narcotics and illegal possession of firearms, and debriefed confidential informants and cooperating defendants. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of and to make arrests for federal offenses.

2. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant to collect an oral swab of DNA from Deautris Mattison (dob: 11/17/1996). Since this affidavit is only for the limited purpose of securing a search warrant, I have not set forth each and every fact known to me concerning this investigation. I have included what I believe are facts sufficient to establish probable cause for the warrant sought.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit

is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

## PROBABLE CAUSE

4. Deautris MATTISON, an identified member of the Wild 100s street gang, aka "Shark Gang," was indicted by a grand jury sitting in this district in Case No. 23-CR-77, charging MATTISON along with 29 co-defendants, with violations of Title 18, United States Code, Sections 1341 (mail fraud) & 1349 (mail fraud conspiracy). When he initially appeared for his arraignment in Case No. 23-CR-77, he was in state custody serving a state sentence. In July of 2024, MATTISON completed his state sentence, and on July 2, 2024, MATTISON was released on federal supervision in Case No. 23-CR-77. While MATTISON had been out of custody, case agents monitored his social media postings and conducted physical surveillance. While monitoring MATTISON's social media after he was released from custody in July of 2024, case agents observed MATTISON posting numerous pictures of large amounts of cash, jewelry, and marijuana.

5. Based upon evidence obtained from MATTISON's public social media postings as well as physical and electronic surveillance, on September 20, 2024, the Honorable Nancy Joseph, Magistrate Judge for the Eastern District of Wisconsin signed a federal search warrant for the residence located at N55W17943 High Bluff Dr, Unit C, Menomonee Falls, WI, MATTISON's residence.

6. On September 23, 2024, case agents executed the federal search warrant at N55 W17943 High Bluff Drive, #C, Menomonee Falls, WI 53051. Case agents called out announcing a federal search warrant for MATTISON for approximately 30 seconds. A

2

female (subsequently identified as MATTISON's girlfriend) then came to the door and came outside; however, after his girlfriend exited the residence, MATTISON refused to exit, and did not exit, for another few minutes. As the case agents were about to make entry into the residence, MATTISON appeared and was taken into custody.

7. During the execution of the search warrant, case agents recovered a Ruger SR9C 9mm pistol (loaded), bearing serial number 336-14792, underneath a sofa cushion in the living room. Case agents recovered 9 mm ammunition from a drawer in the kitchen. Case agents recovered a corner cut containing several yellow pills, several scales, packaging material, numerous jewelry items/clothing referencing his affiliation with "Shark Gang," from the second bedroom. In the bedroom in which it appeared that MATTISON and his girlfriend slept, case agents recovered a "Shark Gang" chain underneath the mattress, and in the bedside table, case agents recovered multiple debit cards with "Shark Gang" written on them, identifiers for MATTISON, a fraudulent identification card for MATTISON purportedly from the State of Florida in the name "Deandre Moore," and a scale.

8. From the trunk of MATTISON's vehicle, which was parked in the attached garage, case agents recovered approximately 8 grams of marijuana, a measuring cup, packaging material and a scale from inside a brightly colored backpack. Case agents interviewed MATTISON's girlfriend on scene and she stated that the firearm recovered from the sofa in the living room was not hers, and she stated she would have claimed ownership of the gun if it was hers, because she is not a felon.

3

9. On October 16, 2024, MATTISON was indicted by a grand jury sitting in this district for violations of 21, United States Code, Section 841(a)(1) and 18, United States Code, Section 922(g)(1). The above-described Ruger firearm was sent to the FBI laboratory for DNA testing. FBI laboratory personnel contacted your affiant and asked that I submit a fresh DNA sample from Mr. MATTISON to be compared to any DNA samples recovered from the above-described Ruger firearm that was recovered from MATTISON's residence on September 23, 2024.

## CONCLUSION

10. Based on the foregoing, I submit that by taking an oral swab of the inside of Deautris MATTISON's cheek (dob: XX/XX/1996), there may now be found evidence of the crime of felon in possession of a firearm including: DNA matching that of any DNA samples recovered from the Ruger firearm recovered from MATTISON's residence on September 23, 2024.